# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TITAN OF LOUISIANA, INC.

VERSUS

STATE OF LOUISIANA, DIVISION
OF ADMINISTRATION, OFFICE OF
COMMUNITY DEVELOPMENT AND
SHAW ENVIRONMENTAL &
INFRASTRUCTURE, INC.

NO.   2021 CW 0643

OCTOBER 5, 2021

---

In Re:   State of Louisiana, Division of Administration, Office of Community Development, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 620966.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's December 9, 2020 judgment that denied the motion for summary judgment filed by the defendant, State of Louisiana, Division of Administration, Office of Community Development, is vacated. The defendant raised objections to the evidence submitted by the plaintiff, Titan of Louisiana, Inc. However, the trial court failed to rule on the admissibility of such evidence with regard to the affidavit of Thomas Gozdzialski. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing which documents, if any, it held to be inadmissible or declined to consider. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2), and a ruling on the motion for summary judgment filed by the defendant after determination of any evidentiary issues, pursuant to La. Code Civ. P. art. 966(C)(b)(4).

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT